BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Counsel for Plaintiff Wenshuang Luo*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| WENSHUANG LUO, Derivatively on Behalf of Nominal Defendant BIOAGE LABS, INC, <br><br> Plaintiff, <br><br> v. <br><br> KRISTEN FORTNEY, JEAN-PIERRE GARNIER, DOV GOLDSTEIN, SHANE BARTON, MICHAEL DAVIDSON, PATRICK ENRIGHT, JAMES HEALY, REKHA HEMRAJANI, ERIC MORGEN, and VIJAY PANDE, <br><br> Defendants, <br><br> and <br><br> BIOAGE LABS, INC., <br><br> Nominal Defendant. | Case No. 4:25-cv-04271-HSG <br><br> **JOINT STIPULATION AND ORDER EXTENDING NOMINAL DEFENDANT BIOAGE LAB, INC.'S TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** <br><br> Hon. Haywood S. Gilliam, Jr. |

1 | WHEREAS, on May 19, 2025, plaintiff Wenshuang Luo ("Plaintiff Luo") filed a shareholder derivative action on behalf of nominal defendant BioAge Labs, Inc. ("BioAge" or the "Company") alleging causes of action for contribution under Sections 11(f) of the Securities Act of 1933 and 21D of the Exchange Act of 1934, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets against defendants Kristen Fortney, Jean-Pierre Garnier, Dov Goldstein, Shane Barton, Michael Davidson, Patrick Enright, James Healy, Rekha Hemrajani, Eric Morgen, and Vijay Pande (collectively, the "Individual Defendants," and together with the Company, "Defendants") (Plaintiff Luo and Defendants together are the "Parties"), captioned *Luo v. Fortney, et al.*, 4:25-cv-04271-HSG (the "Action");

WHEREAS, on May 30, 2025, Plaintiff Luo served the Company, and the Company's deadline to respond is June 20, 2025;

WHEREAS, on June 18, 2025, the Individual Defendants waived service of summons (ECF Nos. 12-21), and the Individual Defendants' deadline to respond is August 18, 2025;

WHEREAS, the Parties respectfully request that the deadline for BioAge to answer, move, or otherwise respond to the complaint be extended by twenty-one (21) days from the date the Court enters an order approving this Stipulation; and

WHEREAS, this Stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties through their authorized attorneys, and respectfully submitted for the Court's approval, as follows:

1. The time for BioAge to answer, move, or otherwise respond to the complaint in the Action is extended to twenty-one (21) days from the date the Court enters an order approving this stipulation.

**IT IS SO STIPULATED.**

Dated: June 18, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Alex J. Tramontano*
ALEX J. TRAMONTANO

Betsy C. Manifold (182450)
Rachele R. Byrd (190634)

1
STIPULATION AND ORDER FOR EXTENSION

|   |   |
|---|---|
| 1 | Alex J. Tramontano (276666) |
| 2 | 750 B Street, Suite 1820 |
|   | San Diego, CA 92101 |
| 3 | Telephone: (619) 239-4599 |
|   | Facsimile: (619) 234-4599 |
| 4 | manifold@whafh.com |
|   | byrd@whafh.com |
|   | tramontano@whafh.com |

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
Email: jgrabar@grabarlaw.com

*Attorneys for Plaintiff*

Dated: June 18, 2025            **KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Paul S. Yong*
    PAUL S. YONG

Bruce G. Vanyo (60134)
Paul S. Yong (303164)
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
Telephone: (310) 788-4464
Email: bruce@katten.com
Email: paul.yong@katten.com

*Counsel for Defendants and Nominal Defendant*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence to the filing of this document has been obtained from Paul S. Yong.

Dated: June 20, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Alex J. Tramontano*
ALEX J. TRAMONTANO

Betsy C. Manifold (182450)
Rachele R. Byrd (190634)
Alex J. Tramontano (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff*

\*   \*   \*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/23/2025

Hon. Haywood S. Gilliam, Jr.